**FILED**

NOV 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIAN EVANS, for herself and other members of the general public similarly situated, | No. 07-80141 |
| Plaintiff - Petitioner, | D.C. No. CV-07-02097-JFW Central District of California, Los Angeles |
| v. | |
| U-HAUL COMPANY OF CALIFORNIA, INC., | ORDER |
| Defendant - Respondent. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 20 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Before:  TALLMAN and CLIFTON, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's August 15, 2007 order denying class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 16 2007

by:
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-80141 Evans v. U-Haul Co. of CA Inc

MARIAN EVANS, for herself and          Charles E. Hill, Esq.
other members of the general           909/624-1671
public similarly situated              [COR LD NTC ret]
    Plaintiff - Petitioner          269 W. Bonita Ave.
                                      Claremont, CA 91711
                                      (714) 624-1671

     v.

U-HAUL CO. OF CALIFORNIA INC.          Jonathan S. Franklin, Esq.
    Defendant - Respondent             FAX 202/662-4643
                                        202/662-0466
                                        Suite 500
                                        [COR LD NTC ret]
                                        Tillman J. Breckenridge, Esq.
                                        202/662-0200
                                        [COR LD NTC ret]
                                        FULBRIGHT AND JAWORSKI, L.L.P.
                                        801 Pennsylvania Avenue,
                                        Northwest
                                        Washington, DC 20004-2615